IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re: Matthew Thomas Dees     *
      and     *
      Sylvia Renee Dees     *
          *
      Debtors.     *     Case No.: 10-05146

**ORDER**

This matter came before the Court on the Motion of the Movant, Sylvia Renee Dees, to dismiss her Chapter 7 proceedings; due notice of hearing having been given and appearances were as noted in the record; and it appearing to the Court that said Motion is due to be GRANTED; now, therefore, it is ORDERED that the Debtor, Sylvia Renee Dees Chapter 7 bankruptcy proceeding is hereby DISMISSED with no injunction period.

Dated:    May 17, 2013

 

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE